[No. 9581–9–III.   Division Three.   June 13, 1989.]

*In the Matter of the Marriage of* SANDRA LOUISE ANDERSON COOPER, *Respondent, and* RANDALL ALLEN ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 85–3–00381–9, Fred Van Sickle, J.,

entered September 1, 1988. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.